# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| COLUMBIA MUTUAL INSURANCE COMPANY, § § § § § § § | Civil Action No. 4:16-CV-65-ALM (Judge Mazzant/Judge Nowak) |
| v. | |
| BHAKHTIARI, L.L.C., | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 30, 2016, the report of the Magistrate Judge was entered (Dkt. #14) containing proposed findings of fact and recommendations that Defendant Bhakhtiari, L.L.C.'s Motion to Set Aside Entry of Default (Dkt. #11) be granted. Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Unopposed Motion to Set Aside Entry of Default (Dkt. #11) is **GRANTED,** Plaintiff's Motion for Default Judgment (Dkt. #8) is **DENIED AS MOOT**, and the Clerk's Entry of Default is **VACATED** (Dkt. #7).

It is further **ORDERED** that Defendant shall pay $2,652.50 in reasonable attorneys' fees and costs to Plaintiff.

**IT IS SO ORDERED.**
SIGNED this 20th day of April, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE